ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :    **ORDER OF CONTINUANCE**
                                    :
       - v. -                       :
                                    :    18 Mag. 6236
BRANDON MARIN, and                  :
TAMEKA LINDO,                       :
                                    :
              Defendants.           :
                                    :
- - - - - - - - - - - - - - - - - - x

    Upon the application of the United States of America and the affirmation of Kyle A. Wirshba, Assistant United States Attorney for the Southern District of New York, it is found that the defendants were charged with violations of 18 U.S.C. § 1956, in a complaint dated July 20, 2018;

    It is further found that the defendants were presented before Magistrate Judge Katharine H. Parker on August 10, 2018 and were bailed on conditions set by Judge Parker;

    It is further found that Barry S. Zone, counsel for both defendants, and Assistant United States Attorney Kyle A. Wirshba have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

    It is further found that the Government has requested a continuance of 30 days to engage in further discussions with defense counsel about the disposition of this case and that the defendants, through counsel, have consented that such a

2

continuance may be granted for that purpose and has specifically waived their right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until October 10, 2018, and that a copy of this Order and the affirmation of Assistant United States Attorney Kyle A. Wirshba be served on this date on counsel for the defendants by the United States Attorney's Office.

Dated:  New York, New York
        September 10, 2018

SEP 1 0 2018

_/s/ Kevin Nathaniel Fox_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

KEVIN NATHANIEL FOX
United States Magistrate Judge
Southern District of New York