

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

December 8, 2020

**FILED VIA ECF**
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 12/9/2020

Sentencing in this matter will be held remotely on February 11, 2021 at 12:00 p.m. If the parties do not wish to hold the sentencing remotely, they should notify notify this Court by January 7, 2021.

Re: *United States v. Brandon Martin and Tameko Lindo*
*Docket No.* 19 Cr. 00240

Dear Judge Broderick:

On behalf of Brandon Martin and Tameko Lindo, and with the Government's consent, we would respectfully request that sentencing, which is presently scheduled for Friday, December 11th, be rescheduled to a date convenient to the Court in early February, 2021.

I make this request, unfortunately because I've recently been severely impacted by the COVID Pandemic. Specifically, my son was exposed to 2 test positive schoolmates and my offices have been sporadically open for the past 2 months. In addition, while in the office 3-weeks ago I was exposed to two COVID-positive staff members, so I had been in quarantine for two weeks concluding last Friday.

Based on the above, I require additional time prepare submission and to prepare my clients for Sentencing.

The Courts consideration is greatly appreciated.

Respectfully,

/s/

*Barry Zone*

Attorney for Defendants Brandon Martin
and Tameko Lindo

AUSA Kyle A. Wirshba
AUSA Tara M. La Morte